HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHIRLEY JACKSON,

        Plaintiff,

        v.

EJB FACILITIES SERVICES, INC. and JOHNSON CONTROLS/IAP,

        Defendants.

Case No. C07-5358RBL

ORDER

THIS MATTER comes before the Court on Defendants' Motion to Compel Plaintiff's Deposition and Motion for Extension of Time to File Dispositive Motions Based on Plaintiff's Discovery Delays [Dkt. #34]. The Court has read the papers filed for and against the motion and does not need to wait for a reply nor hear oral argument to resolve the dispute.

This is the second discovery dispute the Court has resolved in as many weeks. The charges and counter charges between the parties are well-known to the participants and will not be repeated here. Suffice it to say, this has just become the most important case in the office for the two lawyer combatants. It is hereby ordered that:

(1)    The discovery cut-off is extended until July 3, 2008.

(2)    The dispositive motions deadline is extended to August 1, 2008.

(3)    The defendant's motion to compel the deposition of Shirley Jackson is **GRANTED**. That deposition will be conducted prior to July 3 and will occur at the United States Courthouse

      in Tacoma (a room will be made available to the parties once the Court is notified of the date and time of the deposition). The parties will provide the Court Reporter.

(4) From the date of this Order until the discovery cut-off, Mr. Longacre and Ms. Tift will communicate directly with one another (not through "Dave") and only in e-mail. Every e-mail message between the two will be copied to the Court in its Orders box.

(5) The depositions plaintiff requests will occur prior to the discovery cut-off and, whether the deponent is present in person or by telephone, the attorneys will conduct the deposition from the United States Courthouse in Tacoma. The deposition of the plaintiff will occur prior to the depositions requested by plaintiff.

(6) The request for sanctions is **DENIED**.

Accordingly, the Defendant's Motion [Dkt. #34] is **GRANTED IN PART AND DENIED IN PART** as set forth in this Order.

**IT IS SO ORDERED.**

Dated this 13th day of June, 2008.

                              /s/ Ronald B. Leighton
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE