AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

SHIRLEY JACKSON,
    v.

CASE NUMBER: C07-5358RBL

EJB FACILITIES SERVICES, INC.,
JOHNSON CONTROLS / IAP,

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motions for Summary Judgment are GRANTED.

Plaintiff's claims are DISMISSED.

*DATED : 9/29/2008*

                                                     BRUCE RIFKIN
                                       *Clerk*

                                           /s/ Jean Boring
                                   *(By) Deputy Clerk*, Jean Boring